UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JADIAN ALGARIN HERNANDEZ,

        Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

        Defendant.

Civil Action No.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Amazon.com Services LLC[1] ("Defendant" or "Amazon") hereby removes this action from the Essex County Superior Court of the Commonwealth of Massachusetts. As grounds for removal, Defendant states as follows:

1. On July 21, 2025, Plaintiff Jadian Algarin Hernandez filed a lawsuit in Essex County Superior Court, entitled *Jadian Algarin Hernandez v. Amazon.com Services, LLC*, Civil Action No. 2577CV0784 (the "State Court Action").

2. The registered agent for Defendant received service of process of the Complaint on September 16, 2025.

3. Therefore, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

4. A true and correct copy of all relevant process, pleadings, and orders that have been received by Defendant in the State Court Action is attached hereto as **Exhibit A**. *See* 28 U.S.C. § 1446(a).

---

[1] Defendant does not have a comma in its name.

5. This Court has diversity jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Plaintiff is and was a resident of Ayer, Massachusetts at the time he commenced the State Court Action. Thus, Plaintiff is a citizen of the Commonwealth of Massachusetts. Compl. ¶ 1.

7. For diversity jurisdiction purposes, a corporation is deemed a citizen of its state of incorporation and the state or foreign state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is "the place where the corporation's high level officers direct, control, and coordinate the corporation's activities," *i.e.*, its "nerve center," which is typically a corporation's headquarters. *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

8. In turn, "the citizenship of a limited liability company is determined by the citizenship of all of its members." *Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006).

9. Amazon's sole member is Amazon.com Sales, Inc. Amazon.com Sales, Inc. is incorporated in Delaware, with its principal place of business in Washington. Its corporate headquarters are located in Seattle, Washington. All of the company's primary executive, administrative, financial, and management functions are in Washington, where its corporate officers direct, control, and coordinate its activities

10. For purposes of diversity jurisdiction, Amazon is thus a citizen of Delaware and Washington. *See Hertz*, 559 U.S. at 93.

4906-6534-0785 / 114766.1326

11.     Diversity of citizenship existed between the parties at the time Plaintiff's Complaint was filed.  Diversity of citizenship continues to exist at the time this Notice of Removal is being filed.

12.     Even where removal is based on diversity of citizenship and the initial pleading seeks a money judgment but does not demand a specific sum (which Plaintiff does in fact demand here), "the notice of removal may assert the amount in controversy," 28 U.S.C. § 1446(c)(2), and a removing defendant "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014).

13.     Plaintiff alleges he was wrongfully terminated from his employment with Defendant and brings claims related to same.  Without admitting liability or that Plaintiff is entitled to any damages, Defendant states that, given the nature of the potential damages available to Plaintiff under the Complaint, there is more than a reasonable probability that the amount in controversy in this case exceeds $75,000.00, exclusive of interests and costs.

14.     Specifically, the Complaint demands "compensatory damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000)," in addition to punitive damages, costs, and attorneys' fees. (Exhibit A, Compl., Prayer for Relief, ¶¶ D-F.)

15.     In his Civil Action Cover Sheet, Plaintiff further seeks damages in the amount of $245,000.00.  (Exhibit A, Civil Action Cover Sheet, Statement of Damages.)

16.     Given the nature of Plaintiff's own claimed damages, there is a reasonable probability that the amount in controversy in this case exceeds $75,000.00.

17.     Accordingly, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332(a). *See Barrell v. Lombardi*, 239 F.3d. 23, 30 (1st Cir. 2001) (the amount in

3

controversy requirement is satisfied when it is not apparent from the face of the complaint that plaintiff "never was entitled to recover a sum equal to, or in excess of" $75,000.00).

18.     The requirement for diversity jurisdiction is satisfied and this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332.  The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

19.     The State Court Action is properly removed to this Court under 28 U.S.C. §§ 1441 and 1446 because it is pending in Essex County Superior Court in the Commonwealth of Massachusetts, which lies within this District.

20.     A true and complete copy of this Notice of Removal has been served this day, together with the Notice of Filing of Notice of Removal, upon the Clerk of the Essex County Superior Court in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

21.     This Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via email upon *Pro Se* Plaintiff.

WHEREFORE, Defendant respectfully requests that the State Court Action hereinafter proceed in the United States District Court for the District of Massachusetts.

**[SIGNATURE PAGE FOLLOWS]**

4906-6534-0785 / 114766.1326

Respectfully submitted,

AMAZON.COM SERVICES LLC,

By its attorneys,


/s/ Alice A. Kokodis
Alice A. Kokodis, Bar No. 631401
akokodis@littler.com
Bianca M. Young, Bar No. 706016
bmyoung@littler.com
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, Massachusetts 02110
Telephone:    617.378.6000
Facsimile:    617.737.0052

Dated:  October 16, 2025


## CERTIFICATE OF SERVICE

I, Alice Kokodis, hereby certify that on this 16th day of October, 2025, the foregoing Notice of Removal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to registered participants identified on the Notice of Electronic Filing and via first class mail to *pro se* Plaintiff as follows:

Jadian Algarin Hernandez
25 Fletcher Street, Apartment B
Ayer, MA 01432


/s/ Alice A. Kokodis
Alice A. Kokodis

5